IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUNE M. WORDEN, et al.,

        Plaintiffs,                No. CIV S-08-1558 JAM GGH PS

      vs.

PHILIP MORRIS USA, INC., et al.,

        Defendants.         ORDER

_____/

        Defendants have filed a document entitled "joint stipulation" requesting an extension of time to file a response to the amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendants' November 4, 2008 request for an extension of time is granted; and

        2.  Defendants are granted until December 5, 2008 to file and serve a response to the amended complaint.

DATED: November 24, 2008

                      /s/ Gregory G. Hollows
                      _____
                      UNITED STATES MAGISTRATE JUDGE

1