Peter N. Larson (SBN: 153448)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
pnlarson@jonesday.com

Counsel for Defendant R. J. Reynolds Tobacco Co.

Richard J. Reade, Jr. (SBN: 208708)
THE READE LAW FIRM
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone:    (949) 453-8383
Facsimile:    (949) 453-8484
rjreade@cox.net

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| June M. Worden and Leonard R. Worden, <br><br> Plaintiffs, <br><br> v. <br><br> Philip Morris USA Inc. and R. J. Reynolds Tobacco Company, <br><br> Defendants. | **Case No. 2:08-CV-01558-JAM-GGH** <br><br> **ORDER** |

Based on the stipulation of the parties, and for good cause appearing, all proceedings in this case are stayed as of the date of this Order until the release of the United States Supreme Court's opinion in *Altria Group, Inc. v. Good*, absent further order from this Court. Defendants shall have 14 days to answer or otherwise plead to the Amended Complaint following expiration of the stay.

IT IS SO ORDERED.

Dated:  December 2, 2008          /s/ John A. Mendez
                                  The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com