IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUNE M. WORDEN, et al.,

      Plaintiff,                           No. CIV S-08-1558 JAM GGH PS

      vs.

PHILIP MORRIS USA, INC., et al.,

                                    ORDER

      Defendants.

_____/

      On January 5, 2009, plaintiffs filed a notice of substitution of counsel. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20). All dates are vacated. Defendants shall re-notice their motion to dismiss before the district judge.

      IT IS SO ORDERED.

DATED: January 16, 2009

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Worden1558.reassign.wpd