1

Patrick J. Gregory, SBN 206121
SHOOK, HARDY & BACON L.L.P.

2

333 Bush Street, Suite 600
San Francisco, California 94104-2828

3

Telephone:    415.544.1900
Facsimile:     415.391.0281

4

Email:  **pgregory@shb.com**

5

Attorneys for Defendant
PHILIP MORRIS USA INC.

6

7

[Counsel for additional parties listed on signature page]

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

JUNE M. WORDEN and LEONARD R. WORDEN,

Case No. 2:08-cv-01558-JAM-GGH

11

Plaintiffs,

**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**

12

13

v.

14

PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY,

15

Defendants.

16

17

Pursuant to Federal Rules of Civil Procedure Rule 15(a) and Local Rules 143 and 220, IT IS

18

HEREBY STIPULATED AND AGREED by and between Plaintiffs JUNE M. WORDEN and

19

LEONARD R. WORDEN, Defendant PHILIP MORRIS USA INC., and Defendant R.J.

20

REYNOLDS TOBACCO COMPANY, by and through their counsel of record as follows:

21

1.     Defendants currently have a pending Motion to Dismiss and to Strike Certain

22

Portions of Plaintiffs' Amended Complaint that is scheduled to be heard on January 6, 2010.

23

Plaintiffs have filed an opposition to Defendants' motion.  Counsel for Plaintiffs recently advised

24

counsel for Defendants that Plaintiffs wish to amend the current causes of action and add new causes

25

of action to their operative complaint.

26

2.     Defendants agree that Plaintiffs may be permitted to file a Second Amended

27

Complaint in accordance with this Stipulation.  Consequently, Defendants' Motion to Dismiss and to

28

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
ALLOW PLAINTIFFS TO FILE SECOND
AMENDED COMPLAINT
CASE NO. 2:08-CV-01558-JAM-GGH

174401V3

Strike Certain Portions of Plaintiffs' Amended Complaint is withdrawn and the January 6, 2010 hearing on that motion is vacated.

3.      By agreeing that Plaintiffs may file a Second Amended Complaint, Defendants are not waiving any rights, including Defendants' right to file a further Rule 12 motion to dismiss.

4.      Plaintiffs will file a Second Amended Complaint on or before January 4, 2010.

5.      Defendants shall have until February 4, 2010 to answer or otherwise respond to the Second Amended Complaint.

6.      If Defendants file a Rule 12 motion in response to the Second Amended Complaint, Defendants will notice any such motion for March 17, 2010 at 9:00 a.m. in Courtroom 6 before Judge John A. Mendez.   The parties have been informed that said date and time is available for the hearing.  If March 17, 2010 becomes unavailable, the parties agree that Defendants' motion shall be noticed for the next date that is available from the Court that is mutually agreeable to counsel for all parties.

7.      The briefing schedule on any Rule 12 motion will be governed by Local Rule 230.   If the motion is heard on March 17, 2010, then Plaintiffs' opposition to a Rule 12 motion shall be due on March 3, 2010, and Defendants' reply brief shall be due on March 10, 2010.  Should March 17, 2010 become unavailable and the hearing on a Rule 12 motion is moved to a later date, the briefing schedule shall adjust in accordance with Local Rule 230.

Dated: December 4, 2009          SHOOK, HARDY & BACON L.L.P.

By:     */s/ Patrick J. Gregory*_____
        PATRICK J. GREGORY

        Attorneys for Defendant
        PHILIP MORRIS USA INC.

Dated: December 4, 2009          JONES DAY

By:     */s/ Ashlie E. Case (as authorized on 12/4/09)*

        PETER N. LARSON
        ASHLIE E. CASE

        Attorneys for Defendant
        R.J. REYNOLDS TOBACCO COMPANY

- 2 -

STIPULATION AND [PROPOSED] ORDER TO
ALLOW PLAINTIFFS TO FILE SECOND
AMENDED COMPLAINT
CASE NO. 2:08-CV-01558-JAM-GGH

174401V3

PDF created with pdfFactory trial version www.pdffactory.com

1

2   Dated: December 4, 2009          WHITFIELD SHARP & SHARP

3                                    By:   _/s/ Elaine Whitfield Sharp (as authorized on 12/4/09)_
                                           ELAINE WHITFIELD SHARP
4
                                           Attorneys for Plaintiffs
5                                          JUNE M. WORDEN and
                                           LEONARD R. WORDEN
6

7                                          **ORDER**

8   **IT IS SO ORDERED.**

9   Dated:  December 4, 2009

10                                         /s/ John A. Mendez
                                           HONORABLE JOHN A. MENDEZ
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 - 3 -           STIPULATION AND [PROPOSED] ORDER TO
                                                   ALLOW PLAINTIFFS TO FILE SECOND
                                                   AMENDED COMPLAINT
                                                   CASE NO. 2:08-CV-01558-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com