1 | GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
2 | KATHERINE K. HUANG (State Bar No. 219798)
Katherine.Huang@mto.com
3 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
4 | Thirty-Fifth Floor
Los Angeles, CA 90071-1560
5 | Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PATRICK J. GREGORY (State Bar No. 206121)
7 | pgregory@shb.com
SHOOK, HARDY & BACON
8 | 333 Bush Street, Suite 600
San Francisco, CA 94104
9 | Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Attorneys for Defendant
11 | PHILIP MORRIS USA INC.

12 | [Counsel for additional parties listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUNE M. WORDEN and LEONARD R. WORDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIP MORRIS USA INC. and R.J. REYNOLDS TOBACCO COMPANY,<br><br>Defendants. | CASE NO. 2:08-CV-01558-JAM-GGH<br><br>STIPULATION AND ORDER STAYING COUNT I AND COUNT II OF THE SECOND AMENDED COMPLAINT<br><br>Judge: Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 143, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs June M. Worden and Leonard R. Worden, Defendant Philip Morris USA Inc., and Defendant R.J. Reynolds Tobacco Company, by and through their counsel of record as follows:

1. On January 4, 2010, Plaintiffs June and Leonard Worden filed a Second Amended Complaint alleging, *inter alia*, claims under California's Unfair Competition Law ("UCL") and False Advertising Law ("FAL") in Plaintiffs' Second Amended Complaint.

2. On February 4, 2010, Defendants answered the Second Amended Complaint and filed a motion to stay Plaintiff June Worden's UCL and FAL claims on the grounds that such claims are presently being litigated on behalf of Plaintiff June Worden and others in an action pending in San Diego Superior Court, *Brown v. The Amer. Tobacco Co., Inc.*, Case No. JCCP 4042 (Cal. Sup. Ct., filed June 10, 1997) (hereinafter the "*Brown* Action"). Defendants' motion presently is scheduled to be heard on March 17, 2010.

3. Because Plaintiffs are stipulating to the stay requested by the Defense, Plaintiffs did not file an opposition brief in response to Defendants' motion to stay.

4. The parties agree that no motion to dismiss for lack of prosecution of the UCL and FAL shall be filed by the Defendants in this matter based on any delay resulting from the stipulated stay, and that if the Plaintiffs' claims in the *Brown* action are dismissed without prejudice, the stay as to these claims shall be vacated.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT Count I and Count II of the Second Amended Complaint shall be stayed until such time as Plaintiff's UCL and FAL claims are either fully and finally adjudicated in, or dismissed without prejudice from, the *Brown* Action.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: March 10, 2010 | WHITFIELD SHARP LAW OFFICE | |
| | By: */s/ Elaine Whitfield Sharp (as authorized on 3/7/10)* | |
| | ELAINE WHITFIELD SHARP (*pro hac vice*) | |
| | Attorneys for Plaintiffs JUNE M. WORDEN and LEONARD R. WORDEN | |
| SHOOK, HARDY & BACON L.L.P. | JONES DAY | |
| By: */s/ Patrick J. Gregory* | By: */s/ Peter N. Larson (as authorized on 3/17/10)* | |
| PATRICK J. GREGORY (SBN # 206121) | PETER N. LARSON (SBN # 153448) | |
| Attorneys for Defendant PHILIP MORRIS USA INC. | Attorneys for Defendant R. J. REYNOLDS TOBACCO COMPANY | |

# ORDER

Pursuant to the stipulation of the parties set forth above, Count I and Count II of the Second Amended Complaint in this action are hereby STAYED until such time as Plaintiff's UCL and FAL claims are either fully and finally adjudicated in, or dismissed without prejudice from, *Brown v. The Amer. Tobacco Co., Inc.*, Case No. JCCP 4042.

**IT IS SO ORDERED.**

DATED: March 17, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

181541 v3
PDF created with pdfFactory trial version www.pdffactory.com