1 | Frank P. Kelly (SBN 083473)
fkelly@shb.com
2 | Patrick J. Gregory (SBN 206121)
pgregory@shb.com
3 | Annie Y.S. Chuang (SBN 196307)
achuang@shb.com
4 | Rachael M. Smith (SBN 257866)
rxsmith@shb.com
5 | SHOOK, HARDY & BACON L.L.P.
One Montgomery Street, Suite 2700
6 | San Francisco, CA 94104
Tel: 415-544-1900
7 | Fax: 415-391-0281

8 | Attorneys for Defendant
PHILIP MORRIS USA INC.

9 | [Counsel for Additional Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JUNE M. WORDEN and LEONARD R. WORDEN,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP MORRIS USA INC., R. J. REYNOLDS TOBACCO COMPANY,<br><br>Defendants. | Case No. 2:08-cv-01558-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT PHILIP MORRIS USA INC., WITH PREJUDICE AND ORDER**<br><br>Judge: Hon. John A. Mendez |

1    Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiffs June M. Worden and Leonard
2 R. Worden ("Plaintiffs") and Defendant Philip Morris USA Inc. ("PM USA") by and through their
3 respective counsel, hereby jointly request that the complaint and all claims asserted in the above-
4 referenced action by and between Plaintiffs and PM USA be dismissed with prejudice      .
5 IT IS SO STIPULATED.

7 Dated: February 20, 2015           SHOOK, HARDY & BACON L.L.P.
8                          By:    */s/ Annie Y.S. Chuang*
                                  PATRICK J. GREGORY (SBN 206121)
9                                 ANNIE Y.S. CHUANG (SBN 196307)
                                  RACHAEL M. SMITH (SBN 257866)
10
                                  Attorneys for Defendant
11                                PHILIP MORRIS USA INC.

13 Dated: February 20, 2015           WHITFIELD SHARP LAW OFFICE
14                          By:    */s/ Elaine Whitfield Sharp*
15                                ELAINE WHITFIELD SHARP (*pro hac vice*)
16                                Attorneys for Plaintiffs
                                  JUNE M. WORDEN AND LEONARD R. WORDEN

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41 and the stipulation between Plaintiffs June M. Worden and Leonard R. Worden and Defendant Philip Morris USA Inc., Plaintiffs' complaint and all claims asserted in therein against Defendant Philip Morris USA Inc. is dismissed with prejudice. IT IS SO ORDERED.

DATED: 2/20/2015                /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE