1  Steven N. Geise (State Bar No. 249969)
   sngeise@jonesday.com
2  JONES DAY
   12265 El Camino Real, Suite 200
3  San Diego, California  92130
   Telephone:  858.314.1200
4  Facsimile:  858.314.1150

5  Leah Pike (State Bar No. 284801)
   lpike@jonesday.com
6  JONES DAY
   555 California Street, 26th Floor
7  San Francisco, California  94104
   Telephone:  415.626.3939
8  Facsimile:  415.875.5700

9
   Attorneys for Defendant
10 R.J. REYNOLDS TOBACCO COMPANY

11                   UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

| JUNE M. WORDEN and LEONARD R. WORDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIP MORRIS USA INC., R.J. REYNOLDS TOBACCO COMPANY,<br><br>Defendants. | Case No. 2:08-CV-01558-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT R.J. REYNOLDS TOBACCO COMPANY WITH PREJUDICE AND ORDER**<br><br>Judge:   Hon. John Mendez |
|---|---|

1  Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiffs June M. Worden and
2  Leonard R. Worden ("Plaintiffs") and Defendant R.J. Reynolds Tobacco Company ("Reynolds")
3  by and through their respective counsel, hereby jointly request that the complaint and all claims
4  asserted in the above-referenced action by and between Plaintiffs and Reynolds be dismissed with
5  prejudice.

IT IS SO STIPULATED.

Dated: March 23, 2015                                JONES DAY

                                         By:     */s/ Steven N. Geise*
                                                 STEVEN N. GEISE (SBN: 249969)
                                                 LEAH Q. PIKE (SBN: 284801)

                                                 *Attorneys for Defendant*
                                                 R.J. REYNOLDS TOBACCO COMPANY


Dated: March 23, 2015                                WHITFIELD SHARP LAW OFFICE



                                         By:     */s/ Elaine Whitfield Sharp*
                                                 ELAINE WHITFIELD SHARP
                                                  (*Pro hac vice*)

                                                 *Attorneys for Plaintiffs*
                                                 JUNE M. WORDEN AND LEONARD M.
                                                 WORDEN

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41 and the stipulation between Plaintiffs June M. Worden and Leonard R. Worden and Defendant R.J. Reynolds Tobacco Company, Plaintiffs' complaint and all claims asserted therein against Defendant R.J. Reynolds Tobacco Company is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 3/23/2015          /s/ John A. Mendez_____
                          JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE